UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND, *et al.*,

Plaintiffs,

v.

Case No. 26-cv-10665
Hon. Matthew F. Leitman

PONCRAFT DOOR CO. INC., *et al.*,

Defendants.

______________________________________________/

**ORDER (1) GRANTING DEFENDANTS' COUNSEL'S ORAL MOTION TO WITHDRAW (ECF No. 17) AND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF No. 15)**

On July 28, 2026, the Court held a virtual pretrial conference in this case. For the reasons stated on the record, Plaintiff's Motion for Injunctive Relief to Freeze Assets and Hold Proceeds of Sales in Escrow (ECF No. 15) is **DENIED WITHOUT PREJUDICE**. Further, for the reasons stated on the record, Defendants' counsel's oral motion to withdraw as counsel for Defendants, made on the record during the pretrial conference and docketed at ECF No. 17, is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

- By no later than **August 12, 2026**, counsel for Defendants shall (1) serve this order on all Defendants by First Class Mail and, if possible, email, and (2) file

a Certificate of Service on the docket providing proof that they served all Defendants in compliance with the instructions in this order;

- By no later than **September 11, 2026**, Defendant Poncraft Door Co., Inc. shall have new counsel file an Appearance in this action on its behalf; and
- By no later than **September 11, 2026**, Defendant Kevin French shall either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he intends to represent himself. If French files a notice that he plans to represent himself, he shall include in that notice his current mailing address, phone number, and email address.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126