UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND, *et al.*,

Plaintiffs,

Case No. 26-cv-10665
Hon. Matthew F. Leitman

v.

PONCRAFT DOOR CO. INC., *et al.*,

Defendants.

/

**AMENDED ORDER (1) REQUIRING ATTORNEY LOUIS RONAYNE III TO SERVE PRIOR ORDER OF THE COURT AND (2) DIRECTING FURTHER ACTIONS BY DEFENDANTS**

Attorneys Eric Nemeth and Louis Ronayne III previously represented Defendants in this action. On July 29, 2026, the Court entered an order granting an oral motion by Nemeth and Ronayne III to withdraw and directing further actions by Defendants. (*See* Order, ECF No. 18.) More specifically, that order instructed:

- By no later than August 12, 2026, [Nemeth and Ronayne] shall (1) serve this order on all Defendants by First Class Mail and, if possible, email, and (2) file a Certificate of Service on the docket providing proof that they served all Defendants in compliance with the instructions in this order;

- By no later than September 11, 2026, Defendant Poncraft Door Co., Inc. shall have new counsel file an Appearance in this action on its behalf; and

- By no later than September 11, 2026, Defendant Kevin French shall either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he intends to represent himself. If French

> files a notice that he plans to represent himself, he shall include in that notice his current mailing address, phone number, and email address.

(*Id*., PageID.182-83.) On September 29, 2026, Ronayne III informed the Court that he had failed to serve the order on the Defendants by mail due to an error. Because the Court's prior order was not served on Defendants, the Courts **ORDERS** as follows:

- By no later than **October 8, 2026**, Ronayne III shall (1) serve the July 29 order on all Defendants by First Class Mail and (2) file a Certificate of Service on the docket providing proof that they served all Defendants in compliance with the instructions in that order;
- By no later than **November 9, 2026**, Defendant Poncraft Door Co., Inc. shall have new counsel file an Appearance in this action on its behalf; and
- By no later than **November 9, 2026**, Defendant Kevin French shall either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he intends to represent himself. If French files a notice that he plans to represent himself, he shall include in that notice his current mailing address, phone number, and email address.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126